**Appellant's motion granted, appeal dismissed, and Memorandum Opinion filed January 11, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00815-CV

---

## EBENEZER LARBI AKITA, Appellant

### V.

## PAYPAL, TETEE BENDU ROGERS, AND HUSAIN ANDREW ROGERS, Appellees

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1196819**

---

### MEMORANDUM OPINION

This appeal is from an interlocutory order signed October 9, 2023 denying a motion to reconsider or strike an order compelling arbitration. On December 14, 2023, appellant filed a motion for non-suit, which we construe to be a motion for voluntary dismissal of the appeal, *see* Tex. R. App. P. 42.1(a), asking for this appeal to be resolved "without prejudice." The Texas Rules of Appellate Procedure speak

only of dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal." *See id.* As previously mentioned, we construe the motion as one for voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.